1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  MICHAEL K. MARRIOTT, SBN CA 280890
7  Special Assistant United States Attorney
8  160 Spear Street, Suite 800
   San Francisco, California 94105
9  Telephone: (510) 970-4836
10 Facsimile: (415) 744-0134
11 E-Mail: Michael.Marriott@ssa.gov
   Attorneys for Defendant
12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ROBERT AHMAD,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Case No.: 5:22-cv-00168-MRW<br><br>**JUDGMENT OF REMAND** |

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrent with the lodging of the within
4  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5  **DECREED** that the above-captioned action is remanded to the Commissioner of
6  Social Security for further proceedings consistent with the Stipulation to Remand.

8  DATED: June 28, 2022

    HON. MICHAEL R. WILNER
    UNITED STATES MAGISTRATE JUDGE